# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **PATRICK NEWMAN** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**WESTERN EXPRESS, INC.**<br><br>*Defendant*. | Civil Case No.: 3:24-cv-00652 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Dated: November 13, 2025

                                      PLAINTIFF,
                                      By his attorneys

                                      */s/ Anthony I. Paronich*
                                      Anthony I. Paronich
                                      Paronich Law, P.C.
                                      350 Lincoln Street, Suite 2400
                                      Hingham, MA 02043
                                      (508) 221-1510
                                      anthony@paronichlaw.com

                                      */s/ Daniel W. Van Horn*
                                      Daniel W. Van Horn
                                      Butler Snow LLP
                                      D: (901) 680-7331 |
                                      6075 Poplar Avenue, Suite 500
                                      Memphis, TN 38119

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, I electronically filed the foregoing through the Court's CM/ECF System.

>/s/ Anthony I. Paronich
>Anthony I. Paronich, *Pro Hac Vice*